**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>470,773 USDT ASSOCIATED WITH VIRTUAL CURRENCY ADDRESS 0x55Df4Ecd9066C417103F59d3eCc9B309Dedfd131 AND SEIZED ON MARCH 6, 2024,<br><br>        Defendant-*in-Rem*. | No: 2:25-cv-00017-LEW |

**DECREE OF FORFEITURE**

On January 17, 2025, a Verified Complaint for Forfeiture *In Rem* ("Complaint") against the defendant-in-rem was filed on behalf of the plaintiff, the United States of America, pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C), and 983. This Court issued a Warrant of Arrest-in-Rem on same date.

The United States identified two individuals or purported individuals who reasonably appeared to be potential claimants. Those individuals or purported individuals are "Chie Aoi" and "cheng辰."

On February 6, 2025, "Chie Aoi" was served by electronic mail to wenyongcheng1985[@]gmail.com with a copy of a cover letter, an acceptance-of-service form, the Complaint, the Warrant of Arrest-in-Rem, and a Notice of Forfeiture, all in English. On March 31, 2025, "Chie Aoi" was served by electronic mail to the same address with an acceptance-of-service form, the Complaint, a new Notice of Forfeiture, the Warrant of Arrest-In-Rem, and a new cover letter, all professionally translated into Chinese.

On February 6, 2025, "cheng辰" was served by electronic mail to c7529955820[@]gmail.com with a copy of a cover letter, an acceptance-of-service form,

the Complaint, the Warrant of Arrest-in-Rem, and Notice of Forfeiture, all in English. On March 31, 2025, "cheng辰" was served by electronic mail to the same address with an acceptance-of-service form, the Complaint, a new Notice of Forfeiture, the Warrant of Arrest-In-Rem, and a new cover letter, all professionally translated into Chinese.

The United States Marshals Service served the Warrant of Arrest-In-Rem and copies of the Complaint and Notice of Forfeiture (in English) on the defendant-in-rem on April 18, 2025. The defendant-in-rem was arrested pursuant to the Warrant on April 18, 2025.

Between April 2, 2025, and May 1, 2025, notice of this action was duly published on the official government website www.forfeiture.gov for thirty (30) consecutive days.

It appears that process was fully issued in this action and returned according to law.

On June 10, 2025, the defendant-in-rem and all persons claiming an interest in the defendant-in-rem were defaulted.

It appears from the record that no claims, contested or otherwise, have been filed against the defendant-in-rem and no answers to the Complaint have been filed, and the time to do so has expired.

NOW THEREFORE, on motion of the plaintiff United States of America for a default judgment and entry of a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the defendant-in-rem is **FORFEITED** to the United States of America and no right, title, or interest shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the defendant-in-rem shall be disposed of according to law.

DATED: June 25, 2025

**SO ORDERED,**

 /s/ Lance E. Walker
Lance E. Walker, Chief
United States District Court